```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN D. CUSICK, Bar #FL 0014255
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   BAUDELIO GANDARILLA-RAYO
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-cr-00278-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) STATUS CONFERENCE |
| v. | ) |
| BAUDELIO GANDARILLA-RAYO, | ) Date: August 21, 2008 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Morrison C. England |

It is hereby stipulated between the parties, Daniel S. McConkie, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, BAUDELIO GANDARILLA-RAYO, that the status conference hearing date of August 7, 2008 be vacated and continued to August 21, 2008 at 9:00 a.m.

This continuance is requested as negotiations are continuing between the parties and additional time is needed for defense investigation.

///

///

///

1 | It is further stipulated that the period from August 7, 2008 through and including August 21, 2008 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: August 5, 2008                Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender


                                     /s/ Lauren D. Cusick
                                     LAUREN D. CUSICK
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     BAUDELIO GANARILLA-RAYO


Dated: August 5, 2008                MCGREGOR W. SCOTT
                                     United States Attorney


                                     /s/ Lauren D. Cusick
                                     DANIEL S. McCONKIE
                                     Assistant U.S. Attorney
                                     per telephonic authorization

**O R D E R**

IT IS SO ORDERED.

Dated: August 7, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE